UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
JAN 19 2006
CLERK

```
**********************************************************************
                                *
ANNETTE TURNER,                 *     CIV 05-4151
                                *
         Plaintiff,             *
                                *
   vs.                          *
                                *     ORDER OF RECUSAL
SIOUX VALLEY HOSPITAL,          *
                                *
         Defendant.             *
                                *
**********************************************************************
```

Pursuant to 28 U.S.C. § 455(a), this Court hereby recuses itself from hearing or determining any proceeding in the above matter.

Dated this 19th day of January, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
         DEPUTY